UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| Case No. | SACV 23-01695-FWS (JDEx) | Date | March 1, 2024 |
|---|---|---|---|
| Title | John Lee v. Rivalco LLC et al | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

    This action was filed on September 12, 2023.  On December 12, 2023, the Court issued a minute order which ordered Plaintiff to show cause in writing on or before December 15, 2023, why this action should not be dismissed for lack of prosecution [12]. Plaintiff has failed to adequately respond to the Court's Order. Therefore, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution and for failure to adequately comply with the Orders of the Court.

    The court hereby orders all proceedings in the case vacated and taken off calendar.

    The Court's Order to Show Cause is hereby DISCHARGED.

 

                                                           \_\_\_ : \_\_\_

Initials of Deputy Clerk   mku